THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERBERT DOWNIE, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.—

Present —

Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.